UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LESTER L. CORLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 12-0656 (CKK) |
| | : | |
| FEDERAL BUREAU OF PRISONS, | : | |
| | : | |
| Defendant. | : | |

## ORDER

It is hereby

ORDERED that the plaintiff's "Motion to Dismiss Cause of Action FOIA/PA Suit for Good Cause" [Dkt. #7] is GRANTED; it is

FURTHER ORDERED that the plaintiff's motion to vacate the April 25, 2012 order for payment of the $350 filing fee is DENIED; and it is

FURTHER ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

DATE: May 14, 2012              COLLEEN KOLLAR-KOTELLY
                                United States District Judge